| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Hylas Yachts Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **04-3457144** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **98 Edgewood Rd Suite 2 Annapolis, MD 21401** Number, Street, City, State & ZIP Code | **3 Glovers Square Marblehead, MA 01945** P.O. Box, Number, Street, City, State & ZIP Code |
| **Anne Arundel** County | **Location of principal assets, if different from principal place of business** **Annapolis Maryland and Queen Long Marine Taiwan Annapolis, MD 21401** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **Hylas Yachts Inc.**                                                    Case number (*if known*) _____
          _____
          Name

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

---

| Debtor | Hylas Yachts Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Hylas Yachts Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        **September  7, 2018**
                   MM / DD / YYYY

X **/s/ Kyle Jachney**                                    **Kyle Jachney**
Signature of authorized representative of debtor          Printed name

Title   **Vice President**

---

**18. Signature of attorney**

X **/s/ Tate M Russack**                          Date **September  7, 2018**
Signature of attorney for debtor                       MM / DD / YYYY

**Tate M Russack 26394**
Printed name

**RLC Lawyers & Consultants**
Firm name

**7999 North Federal Hwy**
**Suite 100 A**
**Boca Raton, FL 33487**
Number, Street, City, State & ZIP Code

Contact phone   **410-353-2176 or**           Email address   **Tate@Russack.net**
                **561-571-9610**

**26394 MD**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Hylas Yachts Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

|  | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  7, 2018**        *X* **/s/ Kyle Jachney**
                                              Signature of individual signing on behalf of debtor

                                              **Kyle Jachney**
                                              Printed name

                                              **Vice President**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hylas Yachts Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alberto Duhau**<br>**1781 Harbor Pointe**<br>**Circle**<br>**Fort Lauderdale, FL**<br>**33326** | | | | | | $0.00 |
| **Allience Marine Risk**<br>**Managers**<br>**777 SE 20th Street,**<br>**Ste 230**<br>**Fort Lauderdale, FL**<br>**33301** | | | | | | $2,395.00 |
| **Boat Busters**<br>**200 NE 23rd Ct.**<br>**Pompano Beach, FL**<br>**33060** | | | | | | $3,720.00 |
| **Bonnier Corp**<br>**300 State Street**<br>**Annapolis, MD**<br>**21409** | | | | | | $20,500.00 |
| **Cruising Outpost**<br>**PO Box 100**<br>**Berry Creek, CA**<br>**95916** | | | | | | $4,800.00 |
| **David and Rona**<br>**Comroe**<br>**C/o The Law Offices**<br>**of David Pollack, LL**<br>**2600 Douglas Road**<br>**Suite 1007**<br>**Miami, FL 33134** | | Contract | | | | $150,000.00 |
| **Destiny Yachts LLC**<br>**C/O Christian**<br>**Samito, Samito Law**<br>**LLC**<br>**15 Broad St, Suite**<br>**800**<br>**Boston, MA 02109** | | | | | | $664,000.00 |

| Debtor | Hylas Yachts Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FL Rigging and Hydraulics 3905 Investment Lane West Palm Beach, FL 33403 | | | | | | $13,280.00 |
| General Ecology 151 Sheree Blvd Exton, PA 19431 | | | | | | $714.00 |
| Gulf Fabrics 3709 N Armeria Ave Tampa, FL 33601 | | | | | | $1,484.00 |
| Hinkley Warranty 130 Shore Road Southwest Harbor, ME 04679 | | | | | | $24,000.00 |
| Hylas Finance LLC 98 Edgewood Street Suite 2 Annapolis, MD 21403 | | Loan To Debtor | | | | $120,000.00 |
| Iron Mountain Record Management 745 Atlantic Ave Boston, MA 02111 | | | | | | $1,485.00 |
| Nelson Sharp C/o Stefan jouret, Jouret LLC 2 Center Plaza, Suite 610 Boston, MA 02108 | | | | | | $664,000.00 |
| Newport Boat Show 4 Commercial Warf Newport, RI 02840 | | | | | | $16,000.00 |
| Pacific Offshore Rigging 2805 Canon St San Diego, CA 92102 | | | | | | $2,000.00 |
| RM Adventures C/o Tucker, Saltzman Dyer & O'Connell Attn Scott Tucker 50 Congress Street Boston, MA 02109 | | money Judgment | | | | $113,000.00 |
| Selden Masts 4668 Francis Street Charleston, SC 29401 | | | | | | $26,000.00 |

| Debtor | **Hylas Yachts Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sinnreich Kosakoff & Messina LLP 267 Carleton Ave, Suite 301 Attn: Jarrett M. Behar For Robert and Aileen Coughlan Central Islip, NY 11722** | | **Suit for Money** | **Contingent Unliquidated Disputed** | | | **$263,600.00** |
| **Torresen Marine 3003 Lakeshore Drive Muskegon, MI 49440** | | | | | | **$13,040.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Hylas Yachts Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.........................................................................................   $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................   $ _____ **2,780,001.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................................   $ _____ **2,780,001.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____ **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................   $ _____ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$ _____ **2,104,018.00**

4. **Total liabilities** .........................................................................................................
   Lines 2 + 3a + 3b                                                                                               $ _____ **2,104,018.00**

**Fill in this information to identify the case:**

Debtor name        **Hylas Yachts Inc.**

United States Bankruptcy Court for the:        DISTRICT OF MARYLAND

Case number (if known)        _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**            Current value of
   debtor's interest

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.

Debtor    **Hylas Yachts Inc.**                                        Case number *(If known)* _____
          Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **3 Desks and other accompaning chairs and shelves** | $0.00 | | $1.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **2 Older computers and printers** | $0.00 | | $0.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                                                      $1.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

| Debtor | **Hylas Yachts Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| **1/2 interest in Older sest of Molds for a 56, 63 and 70 foot yacht** | | **$0.00** | | **$80,000.00** |
|---|---|---|---|---|

51. **Total of Part 8.** | **$80,000.00**
Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:   Real property**

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   **Judgment against richard Strother from the US District COurt of Massacusets Case number 1:12-cv-10468-DJC Hylas Yachts LLC v. Strother et al** | **$2,700,000.00**

---

Debtor    **Hylas Yachts Inc.**                                          Case number *(If known)*
          Name

78.    **Total of Part 11.**                                                      $2,700,000.00
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

Debtor    **Hylas Yachts Inc.**                                        Case number *(If known)* _____
                Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $80,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,700,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,780,001.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,780,001.00 |

**Fill in this information to identify the case:**

Debtor name __**Hylas Yachts Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Queen long Marine LTD** | Describe debtor's property that is subject to a lien | **$0.00** | **$80,000.00** |
|---|---|---|---|---|

Creditor's Name

**4 Tung ya Rd**
**Shaou Kang, Kaohsiung**
**Taiwan R.O.C. (812)**
Creditor's mailing address

**1/2 interest in Older sest of Molds for a 56, 63 and 70 foot yacht**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$0.00** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Hylas Yachts Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Alberto Duhau**<br>**1781 Harbor Pointe Circle**<br>**Fort Lauderdale, FL 33326**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Allience Marine Risk Managers**<br>**777 SE 20th Street, Ste 230**<br>**Fort Lauderdale, FL 33301**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,395.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Boat Busters**<br>**200 NE 23rd Ct.**<br>**Pompano Beach, FL 33060**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,720.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Bonnier Corp**<br>**300 State Street**<br>**Annapolis, MD 21409**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$20,500.00** |

| Debtor | **Hylas Yachts Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Burt Nordstrand**<br>**PO Box 1000**<br>**Hudson, WI 54016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,800.00** |
|---|---|---|---|
| | **Cruising Outpost**<br>**PO Box 100**<br>**Berry Creek, CA 95916** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|
| | **David and Rona Comroe**<br>**C/o The Law Offices of David Pollack, LL**<br>**2600 Douglas Road Suite 1007**<br>**Miami, FL 33134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$664,000.00** |
|---|---|---|---|
| | **Destiny Yachts LLC**<br>**C/O Christian Samito, Samito Law LLC**<br>**15 Broad St, Suite 800**<br>**Boston, MA 02109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,280.00** |
|---|---|---|---|
| | **FL Rigging and Hydraulics**<br>**3905 Investment Lane**<br>**West Palm Beach, FL 33403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$714.00** |
|---|---|---|---|
| | **General Ecology**<br>**151 Sheree Blvd**<br>**Exton, PA 19431** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,484.00** |
|---|---|---|---|
| | **Gulf Fabrics**<br>**3709 N Armeria Ave**<br>**Tampa, FL 33601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hylas Yachts Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,000.00** |
|---|---|---|---|

**Hinkley Warranty**
**130 Shore Road**
**Southwest Harbor, ME 04679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120,000.00** |
|---|---|---|---|

**Hylas Finance LLC**
**98 Edgewood Street Suite 2**
**Annapolis, MD 21403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **early 2017**

Basis for the claim:  **Loan To Debtor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,485.00** |
|---|---|---|---|

**Iron Mountain Record Management**
**745 Atlantic Ave**
**Boston, MA 02111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Larry Wertsch**
**411 Walnut Street Unit 6596**
**Green Cove Springs, FL 32043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$664,000.00** |
|---|---|---|---|

**Nelson Sharp**
**C/o Stefan jouret, Jouret LLC**
**2 Center Plaza, Suite 610**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,000.00** |
|---|---|---|---|

**Newport Boat Show**
**4 Commercial Warf**
**Newport, RI 02840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Pacific Offshore Rigging**
**2805 Canon St**
**San Diego, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Hylas Yachts Inc.**

Case number *(if known)*

Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Queen Long Marine LTD**<br>**4 Tung Ya Road**<br>**Shaou Kang, Kaohsiung**<br>**Taiwan** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$113,000.00** |
|---|---|---|---|
| | **RM Adventures**<br>**C/o Tucker, Saltzman Dyer & O'Connell**<br>**Attn Scott Tucker**<br>**50 Congress Street**<br>**Boston, MA 02109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  money Judgment | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Ron Ducker**<br>**170 Buttonwood Dr**<br>**Key Biscayne, FL 33149** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
|---|---|---|---|
| | **Selden Masts**<br>**4668 Francis Street**<br>**Charleston, SC 29401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$263,600.00** |
|---|---|---|---|
| | **Sinnreich Kosakoff & Messina LLP**<br>**267 Carleton Ave, Suite 301**<br>**Attn: Jarrett M. Behar**<br>**For Robert and Aileen Coughlan**<br>**Central Islip, NY 11722** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Suit for Money | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Tim Oberle**<br>**116 Randall Ave**<br>**Port Jefferson, NY 11777** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,040.00** |
|---|---|---|---|
| | **Torresen Marine**<br>**3003 Lakeshore Drive**<br>**Muskegon, MI 49440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hylas Yachts Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Zach Hummel**
**1555 Winterwood Drive NE**
**Grand Rapids, MI 49501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ben McGovern**<br>**Holland & Knight**<br>**10 St James Ave, Suite 12**<br>**Boston, MA 02116** | Line **3.19**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Blair Brogan**<br>**Robert Allaen Law**<br>**1441 Brickell Ave, Suite 1400**<br>**Miami, FL 33131** | Line **3.19**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Serena Witter**<br>**Robert Allen Law**<br>**1441 Brickell Ave., Suite 1400**<br>**Miami, FL 33131** | Line **3.19**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Wwarren D. Hutchinson, LeClair Ryan PC**<br>**1 International Plaza, 11th Floor**<br>**Boston, MA 02110** | Line **3.8**<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,104,018.00 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 2,104,018.00 |

9/07/18 12:57PM

**Fill in this information to identify the case:**

Debtor name   **Hylas Yachts Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

9/07/18 12:57PM

**Fill in this information to identify the case:**

Debtor name    **Hylas Yachts Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Hylas Yachts Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   |---|---|---|
   | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$40,000,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   |---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | **Insider's name and address**<br>**Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**

| Debtor | Hylas Yachts Inc. | Case number *(if known)* | |

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Hylas Yachts LLC v. Strother et al<br>Judgment against richard Strother from the US District COurt of Massacusets Case number<br>1:12-cv-10468-DJC<br>1:12-cv-10468-DJC | Judgemnet for Monies<br>2.7 Million dollar Money Judgment Awarded to Debtor | US District Court for the District of Ma | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Hylas Yachtss Inc. v. Queen Long Marine LTD et al<br>1:17-cv-11719-RWZ | Suit for Molds and other intellectual Property<br><br>Settlement Pending | US Dist Ct for Mass Boston, MA | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. Sharp et al v. Hylas Yachts LLC<br>1:11-cv-11814-JCB | Suite over defective equipment on a yacht sold by the Debtor | US Dist Ct of Mass Boston, MA | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. Comroe et al v. Hylas Yachts Inc. et al<br>1:17-cv-20129-KMW | Suit against Debtor for Money | US Dist Ct of Mass Boston, MA | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. Coughlan et al v Jachney et al<br>2:18-cv-02125-SJF-AKT | Suit for money Judgment against Debtor and owner of the Debtor | US Dist Ct of E Dist of NY NY | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. Rm Adventures v Hylas Yachts Inc.<br>CA No 17-385A | Suit for Money Judgment | Essex Superior Court Boston, MA | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor   **Hylas Yachts Inc.**                                   Case number *(if known)*

---

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   | --- | --- | --- | --- |

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
    | --- | --- | --- | --- |
    | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    | --- | --- | --- | --- | --- |
    | 11.1. | **RLC Lawyers & Consultanta**<br>**7999 N. Federal Hwy**<br>**Suite 100 A**<br>**Boca Raton, FL 33487** | | **September 4th, 2018** | **$25,000.00** |
    | | Email or website address | | | |
    | | Who made the payment, if not debtor?<br>**William Reynolds of New Co** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    | --- | --- | --- | --- |

13. **Transfers not already listed on this statement**

Debtor   **Hylas Yachts Inc.**                              Case number *(if known)*

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **1688 Meridian Ave 7th Floor**<br>**Miami Beach, FL 33139** | |
| 14.2. | **1Townhouse Square**<br>**Marblehead, MA 01945** | |
| 14.3. | **98 Edgewood Rd Suite 2**<br>**Annapolis, MD 21403** | |
| 14.4. | **2 Market Square**<br>**Marblehead, MA 01945** | |

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

Debtor    **Hylas Yachts Inc.**                                          Case number *(if known)*

cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Queen long Marine LTD 4 Tung ya Rd Shaou Kang, Kaohsiung Taiwan** | **not a storage unit, but a ship builder** | **Boat Molds, 56, 63, 70 (1/2 Interest Prior to Lawsuit Settlement)** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor   **Hylas Yachts Inc.**                                    Case number *(if known)*

■**No.**
☐ **Yes. Provide details below.**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ **No.**
☐ **Yes. Provide details below.**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ **None**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ **None**

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ **None**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ **None**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ **None**

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ **No**
☐ **Yes. Give the details about the two most recent inventories.**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Hylas Yachts Inc.**                                                    Case number *(if known)*

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September  7, 2018**

**/s/ Kyle Jachney**                                         **Kyle Jachney**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **Vice President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## District of Maryland

In re  **Hylas Yachts Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard Jachney**<br>**39 Warf Path**<br>**Marblehead, MA 01945** | **Shareholder** | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 7, 2018**

Signature  **/s/ Kyle Jachney**

**Kyle Jachney**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re    **Hylas Yachts Inc.**                                  Case No. _____

                                         Debtor(s)                     Chapter     **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September  7, 2018** _____          **/s/ Kyle Jachney** _____

                                                **Kyle Jachney**/Vice President
                                                Signer/Title

Alberto Duhau
1781 Harbor Pointe Circle
Fort Lauderdale, FL 33326


Allience Marine Risk Managers
777 SE 20th Street, Ste 230
Fort Lauderdale, FL 33301


Ben McGovern
Holland & Knight
10 St James Ave, Suite 12
Boston, MA 02116


Blair Brogan
Robert Allaen Law
1441 Brickell Ave, Suite 1400
Miami, FL 33131


Boat Busters
200 NE 23rd Ct.
Pompano Beach, FL 33060


Bonnier Corp
300 State Street
Annapolis, MD 21409


Burt Nordstrand
PO Box 1000
Hudson, WI 54016


Cruising Outpost
PO Box 100
Berry Creek, CA 95916


David and Rona Comroe
C/o The Law Offices of David Pollack, LL
2600 Douglas Road Suite 1007
Miami, FL 33134

Destiny Yachts LLC
C/O Christian Samito, Samito Law LLC
15 Broad St, Suite 800
Boston, MA 02109


FL Rigging and Hydraulics
3905 Investment Lane
West Palm Beach, FL 33403


General Ecology
151 Sheree Blvd
Exton, PA 19431


Gulf Fabrics
3709 N Armeria Ave
Tampa, FL 33601


Hinkley Warranty
130 Shore Road
Southwest Harbor, ME 04679


Hylas Finance LLC
98 Edgewood Street Suite 2
Annapolis, MD 21403


Iron Mountain Record Management
745 Atlantic Ave
Boston, MA 02111


Larry Wertsch
411 Walnut Street Unit 6596
Green Cove Springs, FL 32043


Nelson Sharp
C/o Stefan jouret, Jouret LLC
2 Center Plaza, Suite 610
Boston, MA 02108

Newport Boat Show
4 Commercial Warf
Newport, RI 02840


Pacific Offshore Rigging
2805 Canon St
San Diego, CA 92102


Queen long Marine LTD
4 Tung ya Rd
Shaou Kang, Kaohsiung
Taiwan R.O.C. (812)


Queen Long Marine LTD
4 Tung Ya Road
Shaou Kang, Kaohsiung
Taiwan


RM Adventures
C/o Tucker, Saltzman Dyer & O'Connell
Attn Scott Tucker
50 Congress Street
Boston, MA 02109


Ron Ducker
170 Buttonwood Dr
Key Biscayne, FL 33149


Selden Masts
4668 Francis Street
Charleston, SC 29401


Serena Witter
Robert Allen Law
1441 Brickell Ave., Suite 1400
Miami, FL 33131

Sinnreich Kosakoff & Messina LLP
267 Carleton Ave, Suite 301
Attn: Jarrett M. Behar
For Robert and Aileen Coughlan
Central Islip, NY 11722


Tim Oberle
116 Randall Ave
Port Jefferson, NY 11777


Torresen Marine
3003 Lakeshore Drive
Muskegon, MI 49440


Wwarren D. Hutchinson, LeClair Ryan PC
1 International Plaza, 11th Floor
Boston, MA 02110


Zach Hummel
1555 Winterwood Drive NE
Grand Rapids, MI 49501

## United States Bankruptcy Court
### District of Maryland

In re    __Hylas Yachts Inc._____    Case No. _____

_____    Chapter    __11_____
Debtor(s)

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Hylas Yachts Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September  7, 2018**_____    **/s/ Tate M Russack**_____

Date    **Tate M Russack 26394**

Signature of Attorney or Litigant

Counsel for    **Hylas Yachts Inc.**_____

**RLC Lawyers & Consultants**

**7999 North Federal Hwy**
**Suite 100 A**
**Boca Raton, FL 33487**
**410-353-2176 or 561-571-9610 Fax:800-883-5692**
**Tate@Russack.net**